### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00135 |
| | ) | Judge Trauger |
| TROY ANTHONY BOBO | ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for change of plea hearing on Thursday, May 8, 2014, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 1st day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge